UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| E.W. on behalf of herself and her child, Z.K.,<br><br>        Plaintiffs,<br><br>    -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>        Defendants. | 21-cv-01140 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of the parties' joint letter, dated October 11, 2022, filed in response to the Court's September 27, 2022 Reassignment Order. ECF No. 50.

  The parties' request for an extension of their discovery deadlines is GRANTED. It is HEREBY ORDERED that:

  Requests for Production and Interrogatories are due by **November 7, 2022**;

  Depositions and Requests for Admission are due by **December 30, 2022**;

  Fact discovery will close **January 30, 2023**; and

  Expert discovery will close **March 31, 2023**.

  IT IS HEREBY ORDERED that the parties shall appear for a post discovery pretrial conference on **February 8, 2023**, at **10:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.

  IT IS FURTHER ORDERED that by **November 23, 2022,** the parties shall file a joint letter, not to exceed three pages, regarding the status of the case.

  If the parties believe they would benefit from a settlement conference before a Magistrate Judge, or mediation through the District's Mediation Program at the close of discovery, they may contact the Court for a referral at any time.

2

Dated: October 13, 2022  
      New York, New York

SO ORDERED.

_____  
JENNIFER L. ROCHON  
United States District Judge